IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 17-mj-90091-KGG |
| VS. | |
| BRITTANY C. PRUITT<br>FORT RILEY, KS | |

## INFORMATION

The United States Attorney charges that:

On or about June 12, 2017, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, BRITTANY C. PRUITT did unlawfully commit an assault by striking, beating, and wounding another, to wit: DEVON M. PRUITT, in violation of Title 18, United States Code, Section 113(a)(4). **(Assault) (Class A Misdemeanor)**

THOMAS E. BEALL
Acting United States Attorney
District of Kansas

ROBIN A. GRAHAM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed   July 11, 2017

HON GWYNNE E. BIRZER
U.S. Magistrate Judge