IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA | CASE NO. 17-mj-90091-KGG

VS.

BRITTANY C. PRUITT
FORT RILEY, KS

## AMENDED INFORMATION

The United States Attorney charges that:

### COUNT I

On or about June 12, 2017, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, BRITTANY C. PRUITT did unlawfully commit an assault by striking, beating, and wounding another, to wit: DEVON M. PRUITT, in violation of Title 18, United States Code, Section 113(a)(4). **(Assault) (Class A Misdemeanor)**

### COUNT II

On or about June 12, 2017, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, BRITTANY C. PRUITT did unlawfully injure, damage, mutilate, deface, destroy and substantially impair the use of property, of a value of less than $500.00, in which another had an interest without the consent of such other person, in violation of Title 18, United States Code, Section 13, and K.S.A. 21-5813. **(Criminal Damage to Property)(Class B Misdemeanor)**

THOMAS E. BEALL
Acting United States Attorney
District of Kansas

ROBIN A. GRAHAM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed 7/31/17

HON. GWYNNE E. BIRZER
U.S. Magistrate Judge